Argued January 19, decided February 15, 1910.

## MUELLHAUPT *v.* GERMAN EVANGELICAL CHURCH.

[106 Pac. 1134.]

EVIDENCE—FINDINGS.

Evidence examined and *held* sufficient to justify the findings and decree rendered by the lower court.

From Marion: WILLIAM GALLOWAY, Judge.

Statement by MR. JUSTICE MCBRIDE.

This suit was brought by Oscar W. T. Muellhaupt against the German Evangelical Reformed Bethany Church, a corporation, of Salem, Oregon, and August Schunelle, Jacob Denny, Hans Tuffli, and William Wulfemeyer, as Trustees, to foreclose a mortgage upon land in Salem, of which the defendant church was the equitable owner and the defendant trustees were the legal owners. The mortgage was to secure two notes, one for the sum of $200 and interest in favor of plaintiff, the other for the sum of $2,800 and interest in favor of J. Muellhaupt, but by him indorsed to plaintiff at the time of the execution of the notes and mortgage. In their further and separate answer, defendants alleged that two weeks' notice was not

given from the pulpit of the meeting of the congregation at which the mortgage was authorized; that it never was authorized as to the $2,800 note, but that said note was given ignorantly and without consideration by the trustees, taken fraudulently by the plaintiff and Rev. J. Muellhaupt, his father, and was fraudulently included in the mortgage. Defendants admit the validity of the note and mortgage for $200 and interest, which was for money advanced by plaintiff at the time of the execution of the papers. Plaintiff, in reply, alleged the giving of notice, the authority from the congregation, good faith on the part of plaintiff, and that the trustees and all persons concerned understood the transaction, and that the consideration for the $2,800 note was the unpaid portion of the pastor's back salary for many years, he having served the church for 28 years and more, without definite agreement as to the amount to be paid him, but having received in fact small sums not exceeding $200 a year, and that his services were reasonably worth $800 a year in addition to the rent of the parsonage. It was also alleged that various sums had been advanced by the pastor and his children, aggregating $1,000, and that it was always understood that the church should make up to Rev. J. Muellhaupt these advances and what he lacked of receiving reasonable compensation for his services, and in settlement of this unadjusted claim the note for $2,800 was given and secured by the mortgage. A trial was had, resulting in a decree foreclosing the mortgage as to the $200 note and interest, and awarding $40 attorney fees, but canceling the $2,800 note and the mortgage so far as it secured said $2,800 note, and awarding costs to neither party. Plaintiff appeals from the decree, except so far as it is in his favor.                      AFFIRMED.

For appellant there was a brief over the name of *Mr. John Reynolds,* with oral arguments by *Mr. Reynolds* and *Mr. Austin F. Flegel.*

For respondents there was a brief and an oral argument by *Mr. John Bayne.*

MR. JUSTICE MCBRIDE delivered the opinion of the court.

No disputed questions of law arise in this case. Granting every legal contention of appellant, we think the evidence clearly justifies the findings of the circuit court, which heard at first hand the testimony of the witnesses, and was therefore much more competent to judge of the value to be given to it than we are from the record, which, however, has been carefully examined. A discussion of the testimony in detail would serve no useful purpose, and is therefore omitted. The decree of the circuit court is affirmed.                                        AFFIRMED.